# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-0268
Lower Tribunal No. 2024-CA-002674

_____

WW SSIR OWNER, LLC,

Appellant,

v.

LEE COUNTY and CAPTIVA CIVIC ASSOCIATION, INC.,

Appellees.

_____

Appeal from the Circuit Court for Lee County.
James Shenko, Judge.

May 22, 2026

PER CURIAM.

AFFIRMED.

NARDELLA, BROWNLEE and GANNAM, JJ., concur.


Hala Sandridge, of Buchanan Ingersoll & Rooney PC, Tampa, for Appellant.

Chris W. Altenbernd and Eleanor H. Sills, of Banker Lopez Gassler, P.A., Tampa, for Appellee, Lee County.

Steven L. Brannock, Ceci Culpepper Berman, and Joseph T. Eagleton, of Brannock Berman & Seider, Tampa, and Gabriel Arbois and Joel W. Hyatt, of Hahn Loeser

Parks LLP, Fort Myers, and Michael R. Whitt, of Shutts & Bowen LLP, Sarasota, for Appellee, Captiva Civic Association Inc.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED